# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 20, 2015

150956 & (29)(30)

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

ANTHONY LAMONT JOHNSON,
        Defendant-Appellant.

_____/

SC: 150956
COA: 324815
Wayne CC: 14-006308-FH

On order of the Court, the motion for immediate consideration is GRANTED. The application for leave to appeal the January 13, 2015 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court. The motion for stay is DENIED.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 20, 2015



Clerk

p0217